UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCISCO JAVIER ARELLANO, on
behalf of himself, FLSA Collective Plaintiffs
and the Class,                                                                                          JUDGMENT

                                Plaintiff,                                            20-cv-05641-RPK-PK

   v.

FAMOUS CORNER, INC. d/b/a GRILL POINT,
1123 QUENTIN GRILL CORP. d/b/a GRILL POINT,
SHLOMO SELA, MOSHE PERETZ,

                         Defendants.
-----------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 27, 2021; and Defendant 1123 Quentin Grill Corp. d/b/a Grill Point, having offered to allow judgment in this action to be taken against them and in favor of Plaintiff Francisco Javier Arellano, in the sum of Eleven Thousand Five Hundred Dollars and No Cents ($11,500.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 26, 2021 and filed as Exhibit A to Docket Number 15; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Francisco Javier Arellano and against Defendant 1123 Quentin Grill Corp. d/b/a Grill Point in the sum of Eleven Thousand Five Hundred Dollars and No Cents ($11,500.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated April 26, 2021 and filed as Exhibit A to Docket Number 15.

Dated: Brooklyn, New York                                              Douglas C. Palmer
         May 3, 2021                                                             Clerk of Court

                                                       By:   */s/Jalitza Poveda*
                                                                Deputy Clerk